PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

Name of Offender: Daniel Zambrana                              Cr.: 08-00764-001

PACTS Number: 47745

Name of Sentencing Judicial Officer: The Honorable Peter G. Sheridan

Date of Original Sentence: 03/20/09

Original Offense: Conspiracy to Distribute Cocaine

Original Sentence: 366-day incarceration term; three-year-term of supervised release; and special conditions of alcohol testing/treatment, mental health treatment, DNA testing, and $100 special assessment.

Type of Supervision: Supervised Release                Date Supervision Commenced: 07/17/09

## PETITIONING THE COURT

[ ]   To extend the term of supervision for        Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

## CAUSE

On October 14, 2009, the offender tested positive for cocaine.

Respectfully submitted,
By: Suzanne Golda
U.S. Probation Officer
Date: 11/11/09

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/23/09
Date